IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**John Chadwick Dowell**

Soc.Sec.No: xxx-xx-3908
Mailing Address: 224 Farmhouse Road
Roxboro, NC 27574

Case No. 10-80935- -
Chapter 13

Debtor.

## NOTICE OF WITHDRAWAL OF OPPOSITION
## TO MOTION FOR RELIEF FROM STAY

Undersigned counsel for the Debtor hereby withdraws the Opposition filed with respect to the pending Motion for Relief filed in this case by Chrysler Financial Services.

Dated: August 23, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

 s/ Ed Boltz
Ed Boltz
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750

# CERTIFICATE OF SERVICE

I, Christie L. Gay, of the Law Offices of John T. Orcutt, P.C., under penalty of perjury, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on August 23, 2010, I served copies of the foregoing **NOTICE OF WITHDRAWAL**, either electronically or by regular U.S. mail, upon the parties set forth below:

Jacob Zweig
Attorney for Chrysler Financial Services
88 Union Avenue, Suite 700
Memphis, TN 38103-

John Chadwick Dowell
224 Farmhouse Road
Roxboro, NC 27574

Sara A. Conti
PO BOX 939
Carrboro, NC 27510

s/ Christie L. Gay
Christie L. Gay
